STATE OF NEW JERSEY v. JOHN TALBOT, III.

October 29, 1975. Petition for certificaton granted. (See 135 *N. J. Super.* 500)

STATE OF NEW JERSEY v. EUGENE RICHARDSON.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LEVI RICHARDSON.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LUIS MARTINEZ.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS W. LINS.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK FELLANTO.

October 29, 1975. Petition for certification denied.